E-FILED
Tuesday, 18 October, 2016 08:59:58 PM
Clerk, U.S. District Court, ILCD

# Exhibit 2

MEMBER PRACTICE AGREEMENT

THIS AGREEMENT is made and entered into by and between SIU Physicians & Surgeons, Inc., an Illinois not-for-profit corporation (hereinafter "SIU P&S"), and

_Sajida Ahad, M.D._____(hereinafter "Member")

Department of:_____Surgery_____, Division of:_General Surgery___.

WHEREAS, SIU P&S is a not-for-profit corporation organized exclusively for charitable, educational, and scientific purposes and to benefit and support the teaching, research, and service missions of Southern Illinois University School of Medicine (hereinafter "School of Medicine or SOM"); and

WHEREAS, an additional purpose of SIU P&S is to integrate the independent professional activities of the clinical faculty of the School of Medicine through common planning and administration in a manner that is responsive to a continuous changing health care environment while maintaining a commitment to high quality medical education; and

WHEREAS, Member has a faculty appointment in the School of Medicine and is therefore eligible for separate and concurrent employment by SIU P&S for the provision of professional services to patients; and

WHEREAS, Member has been designated by the Dean of the School of Medicine as a member of SIU P&S, to render professional services to patients in support of Member's academic responsibilities to the School of Medicine; and

WHEREAS, in accordance with the Bylaws of SIU P&S, Member and SIU P&S desire to enter into this Member Practice Agreement to specify the obligations of Member to SIU P&S and the terms and conditions of compensation of Member from SIU P&S.

NOW, THEREFORE, in consideration of the mutual promises hereinafter specified, SIU P&S and Member agree as follows:

1. <u>Employment</u>
   SIU P&S hereby appoints Member as an employee of SIU P&S, and Member hereby accepts such employment, upon the terms and conditions herein set forth.

2. Term
   Member's employment shall commence on _____7-28-08_____ and shall continue thereafter until terminated in accordance with this Agreement.

3. Duties and Responsibilities
   a) Member shall devote his or her full-time professional efforts to employment by SIU P&S and concurrent employment by the School of Medicine in accordance with the Bylaws of SIU P&S. Member will not undertake any activities that will materially interfere with Member's obligations under this Agreement. The duties and responsibilities of Member under this Agreement will be those patient care duties assigned by the Chief Executive Officer of SIU P&S or designee (hereinafter "CEO") from time to time. Member shall

Page 1 of 9


Δπ EXHIBIT 410
Deponent Cox-Largent
Date 8/25/16  Rptr JB
WWW.DEPOBOOK.COM

SIU PRODUCTION 11197

advise SIU P&S of all patient care services provided by him or her on behalf of SIU P&S in a timely fashion and in such manner as may be required by SIU P&S. Member agrees to participate in any managed care agreement, plan, or other third party payor agreement entered into by SIU P&S to which Member is assigned by the CEO.

b) Member agrees to perform services capably, faithfully, and to the best of his or her ability. Member's professional judgment will be respected in the care of patients; however, at all times Member shall practice and act in accordance with the Principles of Ethics of the American Medical Association, or other appropriate principles of professional ethics, and the accepted standards of care within Member's specialty or subspecialty. Member agrees to abide by the Bylaws of SIU P&S and all applicable laws, rules, guidelines, policies, codes of conduct, and procedures established by or applicable to SIU P&S.

c) Member agrees not to disclose or use any of SIU P&S's confidential information or any confidential information of a third party that is received by SIU P&S to, or for the benefit of, anyone other than SIU P&S, unless expressly authorized in writing by the CEO.

d) Member agrees to practice only at sites which have been approved by the CEO. Member agrees not to conduct any professional patient care activities or participate in any independent practice association, physician-hospital organization, group practice, private practice, network, or managed care arrangement, other than through or on behalf of SIU P&S or with the prior written approval of the CEO.

e) Member shall be responsible for producing all records, reports, and information in accordance with the respective medical records policies, billing policies, and procedures of SIU P&S and the School of Medicine. Member shall provide SIU P&S, the School of Medicine, or other designee of SIU P&S, with any information and records required to properly bill and collect for professional services rendered by Member. Member acknowledges that: (i) any records, memoranda, reports or other documents relating, directly or indirectly, to persons receiving medical diagnosis, care or treatment from him or her, as between SIU P&S and Member, constitute and will remain the property of SIU P&S; and (ii) SIU P&S will retain sole and exclusive possession of such patient records. SIU P&S, however, subject to the confidentiality restrictions which are imposed by law or this Agreement, will ensure Member reasonable access to the patient records to enable him or her to perform his or her duties and responsibilities under this Agreement and to defend any claims which are filed or asserted against him or her by patients he or she treated while employed by SIU P&S.

4. Compensation and Fringe Benefits
   a) The compensation to be paid Member for all services and duties performed under the auspices of SIU P&S shall be in accordance with the SIU P&S Compensation Plan and shall be set forth or described in a compensation agreement dated on or about the date of this Agreement and in subsequent compensation agreements, which are hereby incorporated by reference herein. Such compensation agreements shall state Member's Clinical Base Salary and Academic Base Salary (earned in connection with Member's separate and concurrent employment by the School of Medicine) and shall set forth or describe any individualized information necessary for the calculation of Clinical Base Salary and Incentives pursuant to the SIU P&S Compensation Plan.

   b) Member shall be entitled to receive fringe benefits as provided from time to time by SIU P&S to its employee members. Any such fringe benefit plan may be modified

SIU PRODUCTION 11198

prospectively and will remain in effect until such time as a subsequent plan is adopted by SIU P&S in accordance with its Bylaws.

5. Ownership of Fees and Billing
   a) Member does hereby recognize and acknowledge that all remuneration owed to or received by Member during the term of this Agreement and described in Article XII, Section A of the Bylaws of SIU P&S as "professional income" belongs to and is owned by SIU P&S. Member shall promptly turn over to SIU P&S all such amounts. If such amounts are paid directly to Member and Member fails to turn them over to SIU P&S, the compensation due to Member from SIU P&S shall be reduced accordingly. The provisions of this paragraph shall survive any termination of this Agreement. Without prior written approval of the CEO, Member is prohibited from entering into any "professional income" agreements or contracts outside of this Agreement. Such prohibition does not pertain to work done on a volunteer basis performed without compensation.

   b) SIU P&S and its designees shall have the sole right to bill for and to receive, hold, and disburse all "professional income," as described in Article XII, Section A of the Bylaws of SIU P&S, owed to or received by Member during the term of this Agreement. All billing for such "professional income" shall be performed in the name of or through SIU P&S or pursuant to an agreement between SIU P&S and the School of Medicine.

   c) Notwithstanding paragraphs 5.a. and 5.b. above, Member may retain all remuneration described in Article XII, Section B of the Bylaws of SIU P&S as excluded from "professional income," provided that such remuneration is earned and received in accordance with said provision of the Bylaws of SIU P&S and any applicable policies or guidelines established by or applicable to SIU P&S or the School of Medicine. All services resulting in any remuneration described in Article XII, Section B of the Bylaws of SIU P&S as excluded from "professional income" shall be outside the scope of Member's employment by SIU P&S.

6. Termination
   a) This Agreement shall terminate automatically upon the occurrence of any of the following events, and that termination will be effective as of the date the event occurs:

   (1) if Member ceases to be a member of the faculty of the School of Medicine; or

   (2) if Member is not actually licensed or appropriately certified to deliver or perform professional health care services in the State of Illinois on the employment commencement date specified in paragraph 2, or if his or her license or certification is then, or subsequently, suspended, revoked or restricted, or if he or she is reprimanded or censured by any state or federal licensing or regulatory agency; or

   (3) if, where applicable, Member's right to prescribe narcotics and controlled substances is suspended, revoked or restricted; or

   (4) if Member is not credentialed as of the employment commencement date specified in paragraph 2 by the appropriate credentials/peer review subcommittee and, where appropriate, then eligible to submit an application seeking medical staff privileges at all of the affiliated hospitals of the School of Medicine which the CEO selects and designates; or

SIU PRODUCTION 11199

(5) if Member fails to obtain, within the ninety (90) day period which immediately follows the employment commencement date specified in paragraph 2, memberships on the medical staffs of the hospitals which are affiliated with the School of Medicine, as selected and designated by the CEO, and/or if Member is not granted, within that ninety (90) day time period, the unrestricted privileges which the CEO reasonably requires that he or she be entitled to exercise as a member of the medical staffs of such affiliated hospitals; or

(6) if Member ceases to be a member, in good standing, of the medical staffs of any of the affiliated hospitals which the CEO has selected and designated, or if Member experiences a termination of or a significant reduction in the clinical privileges which he or she may exercise as a member of such medical staffs (excluding, however, any temporary administrative suspension which is solely predicated on his or her failure to timely complete patient medical records); or

(7) if Member is convicted (to include the entry of a plea of guilty or nolo contendere) by a court of competent jurisdiction of the commission of an act of fraud, dishonesty or other misconduct in the performance of his or her duties and responsibilities under this Agreement, or if he or she commits any act which, in the reasonable opinion of the CEO, could be classified as fraudulent in connection with any federal or state health care reimbursement program; or

(8) if Member is excluded, debarred, sanctioned or otherwise deemed or determined to be ineligible to participate in any federal or state health care reimbursement program, including Medicare and Medicaid, where his or her participation is required by SIU P&S; or

(9) if Member engages in the active practice of his or her profession in any capacity other than as a member of the faculty of the School of Medicine or as an SIU P&S employee, without the prior concurrence of the Dean of the School of Medicine and the CEO, expressed in writing; or

(10) if Member dies; or

(11) where certification is applicable to Member's particular profession, if he or she is not Board certified prior to the expiration of the three (3) year period which immediately follows the employment commencement date specified in paragraph 2; or

(12) If Member is found to have an independent outside practice.

b) SIU P&S may terminate this Agreement by giving Member written notice of termination if, on the basis of recommendation by the Department Chair or Medical Director, the Board of Directors of SIU P&S determines that Member is unable to meet his or her clinical responsibilities. Reasons for termination shall include, without limitation, the following:

(1) A court declaration of Member's incapacity;

(2) Failure of Member to meet generally accepted standards of professional practice when such failure will affect or is affecting the quality of health care rendered by SIU P&S;

SIU PRODUCTION 11200

(3) Incompetence or dishonesty in relation to SIU P&S duties and/or substantial neglect of properly assigned duties;

(4) Personal conduct that substantially impairs Member's fulfillment of properly assigned duties and responsibilities;

(5) Member's permanent disability. "Permanent disability" is defined in this Agreement as the inability of Member, by reason of physical or mental illness or incapacity, to practice his or her profession on behalf of SIU P&S or to satisfactorily and regularly perform the duties and responsibilities which are assigned and delegated to him or her by SIU P&S, or which are generally associated with or otherwise inherent in the operation of or the active participation in the practice of his or her profession: (i) during a continuous period in excess of six (6) months; or (ii) as substantiated by a concurring opinion, in writing, which SIU P&S has received from a physician selected by SIU P&S, who is actively engaged in the private practice of medicine and/or psychiatry in the central Illinois area, who is not employed by SIU P&S and who, prior to delivering his or her opinion to SIU P&S, has examined and interviewed Member. If SIU P&S is required to act under this paragraph 6(b)(5) to determine that Member is disabled, that action by SIU P&S must be evidenced by the affirmative vote of a majority of the directors (excluding Member, if he or she is a director) then comprising and constituting the Board of Directors of SIU P&S. SIU P&S, within three (3) days of a determination of disability, in compliance with subparagraph (ii) of this paragraph 6(b) (5), will notify Member of the determination by SIU P&S that SIU P&S considers him or her to be disabled.

(6) If Member, after SIU P&S has notified him or her and allowed him or her at least a five (5) day period to demonstrate his or her compliance, continues to engage in conduct which, in the reasonable opinion of the CEO, is damaging, or is potentially injurious, to SIU P&S or other employees of SIU P&S, or which is violative of any laws prohibiting the harassment of another person on the basis of sex, race, color, religion, national origin, ancestry, age, marital status, physical or mental handicap, sexual orientation or citizenship status.

c) Member may terminate this Agreement by providing SIU P&S ninety (90) day advance written notice prior to termination date, or upon mutual agreement between Member and SIU P&S.

d) If this Agreement is terminated under paragraphs 6.a.(2), 6.b.(3) (4), (6) or (7) and/or if Member does not comply with 6(c) if applicable Member shall not be entitled to receive any payment pursuant to the SIU P&S Severance Pay Plan.

e) Notice of termination under this paragraph 6 shall be given to Member and shall state the reason(s) he or she has been terminated. Member shall have the right, however, to appeal his or her termination in accordance with Article IX of the Bylaws.

f) The Board of Directors of SIU P&S may suspend Member if, on the basis of recommendation by the Department Chair or Medical Director, it determines that Member's continued presence or his or her position as a member of SIU P&S constitutes a threat of harm to persons or property or might impede SIU P&S operations.

SIU PRODUCTION 11201

g) In the event of termination of this Agreement, Member shall be entitled to compensation and fringe benefits pursuant to this Agreement only with respect to services rendered through the effective date of termination.

h) If any of the preceding provisions of this paragraph 6 are inconsistent or otherwise conflict with any of the Bylaws of SIU P&S, the provisions of this Agreement will govern and control as to the termination of the employment relationship between SIU P&S and Member which is created by this Agreement.

7. Covenant Not to Compete and Non-Solicitation
   a) Covenants In consideration of SIU P&S employing the Member and the other obligations described in this Agreement, Member agrees to the following Covenant Not to Compete and Non-Solicitation related provisions ("the Covenant Not to Compete") which shall be in effect throughout the term of this Agreement and for a period of two (2) years after the termination of this Agreement, as defined in Section 6 of this Agreement:

      (1) Member will not directly or indirectly, own, manage, operate, join, control or participate in the ownership, management, operation or control, or be connected with, as a director, officer, employee, partner, consultant or otherwise, any business organization whatsoever that, directly or indirectly, competes with SIU P&S in the conduct of its business within a radius of twenty-five (25) miles of any of SIU P&S' office locations out of which the Member provided services during the term of this Agreement, as determined by SIU P&S (referred to herein as the "SIU P&S Service Area"). For purposes of this Agreement, a business organization shall be considered to be competing with SIU P&S within SIU P&S' Service Area only if said business organization has an office that is located within the SIU P&S' Service Area and out of which Member is practicing medicine or otherwise conducting business;

      (2) Member will not: (i) employ, engage or otherwise retain the services of any person who was employed by SIU P&S during that period of time which is encompassed between the employment commencement date specified in paragraph 2 and the expiration of the two (2) year period identified in the preceding provisions of this paragraph 7; (ii) solicit or accept any person as a patient to be treated, in any manner, by him or her, or by any entity which employs him or her during any portion of that two (2) year period, if that person had been treated, during that period of time which is encompassed between the employment commencement date specified in paragraph 2 and the expiration of such two (2) year period, by any physician or other health care personnel employed by SIU P&S; or (iii) offer or in any manner deliver medical or health care services to any person who, during that period of time which is encompassed between the employment commencement date specified in paragraph 2 and the expiration of the referenced two (2) year period, had received any medical or health care services or other treatment from or through SIU P&S; or

      (3) Member will not directly or indirectly disclose to any third party the names or addresses of any of the patients of SIU P&S.

   b) Remedies
      (1) Injunctive Relief Member acknowledges that any breach of the obligations and requirement of the Covenant Not to Compete would subject SIU P&S to harm which may not be remedied solely by the payment of monetary damages. Therefore,

SIU PRODUCTION 11202

Member agrees that any breach or threatened breach shall entitle the SIU P&S, in addition to any and all other legal remedies available to it, to apply to any court for an injunction, temporary and/or permanent, to prevent any such violation.

(2) Liquidated Damages  Since breach of the foregoing Covenant Not to Compete would result in extraordinary damages to SIU P&S, the amount of which would be difficult if not impossible to ascertain, it is expressly understood and agreed by the Member that, in the event of such a breach by the Member, the Member shall pay to SIU P&S, upon demand, the sum of Fifty Thousand Dollars ($50,000) or one-half (1/2) of the Member's previous year's compensation, whichever is greater, as liquidated damages and not as a penalty. Such liquidated damages shall not constitute the exclusive remedy available to SIU P&S, in law or in equity.

(3) Costs of Enforcement  Member shall be liable for all costs and expenses, including, but not limited to, reasonable attorneys' fees incurred by SIU P&S in successfully enforcing the terms of the Covenant Not to Compete.

c) Acknowledgement  Member acknowledges and agrees to the fairness, applicability, scope and nature of the foregoing Covenant Not to Compete (including the duration and geographic scope) and that the Covenant Not to Compete is appropriate and necessary to protect SIU P&S in the conduct of its business. In making the aforesaid Covenant Not to Compete, Member represents and warrants to SIU P&S that Member's experience and capabilities are such that Member can obtain employment, not competitive with the business of SIU P&S, and that the enforcement of such Covenant Not to Compete, by way of injunction or otherwise, will not prevent Member from earning a substantial livelihood.

d) Enforceability  Member acknowledges and agrees that if the time, geographic or other restrictions of the Covenant Not to Compete are held invalid by a court, then those restrictions shall be revised to include the maximum reasonable restrictions allowed under Illinois law.

e) Waiver  SIU P&S' forbearance or failure to take action with regard to any violation hereof, shall not be deemed a waiver of such violation or limitation upon SIU P&S' rights.

f) Jurisdiction  If litigation is necessary to enforce this Covenant Not to Compete, both parties agree that the laws of the State of Illinois shall govern. In addition, both parties agree to submit exclusively to the jurisdiction of the state and federal courts located in Illinois.

g) Exception  If SIU P&S demands the resignation or termination of Member without cause, or the SOM terminates Member's faculty appointment without cause, then Section 7 (Covenant Not to Compete and Non-Solicitation) will be waived by SIU P&S. Section 7 does not apply to any Member employed as of November 1, 1997.

8. Professional and General Liability Insurance Coverage
SIU P&S in conjunction with Southern Illinois University, will provide general and professional liability insurance coverage to Member, pursuant to and in accordance with the SIU Self-Insurance Program Guidelines, as amended from time to time.

SIU PRODUCTION 11203

Such coverage will be occurrence based coverage and will extend to claims arising from acts or omissions by Member while serving in his/her capacity as a faculty member of the SIU School of Medicine, and will also provide individual coverage for claims arising out of the professional services performed by Member as a licensed health care provider and within the scope of his/her employment duties to SIUP&S. In no circumstances will this coverage extend to any prior acts that may have occurred prior to Member's employment date listed in paragraph 2.

9. General

    a) Interpretation of Agreement

    This Agreement shall be interpreted consistently with (1) the Master Agreement between SIU P&S and the Board of Trustees of Southern Illinois University and (2) the terms and conditions of Member's employment by the School of Medicine, together with all currently effective policies and regulations of the Board of Trustees of Southern Illinois University and the School of Medicine.

    b) Incorporation by Reference

    Member shall be bound by the Articles of Incorporation, Bylaws, rules, regulations, policies, and resolutions of SIU P&S, including without limitation the SIU P&S Code of Conduct, the SIU P&S Conflicts of Interest Policy, and the SIU P&S Patient Assistance Policy, all of which are hereby incorporated by reference herein.

    c) Assignment

    This Agreement is personal to Member, and he or she may not assign any of his or her rights or delegate any of his or her duties hereunder.

    d) Entire Agreement

    This Agreement and the compensation agreements described in paragraph 4.a. contain the entire agreement of the parties hereto with respect to the subject matter hereof, and no waiver, amendment, modification, or change of any of the provisions of this Agreement shall be valid unless in writing and signed by the party against whom such claimed waiver, modification, or change is sought to be enforced.

    e) Federal Health Care Programs

    Member certifies that neither he/she nor any entity in which he/she has a direct or indirect ownership interest, is currently excluded from participation in any Federal health care plan as defined at 42 U.S.C. Sec 1320a-7b(f). Member certifies that if he/she was excluded from such participation but whose authorization to participate in such programs has been unconditionally reinstated, documentation of such reinstatement is attached hereto. Member agrees to notify SIU P&S immediately upon receipt of any indication, whether or not official, that he/she shall be excluded from participation in any Federal health care program, as above defined, for any reason. Furthermore, Member hereby indemnifies SIU P&S from and against any liabilities SIU P&S may incur related to any misrepresentation or failure to notify SIU P&S hereunder or due to any actual Federal health care program exclusion effective during the term of this Agreement. This Agreement shall immediately terminate in the event the Member is excluded from any Federal health care plan.

    f) Waiver of Breach

    The waiver of any breach of any term or condition of this Agreement shall not be deemed to constitute a waiver of any other term or condition of this Agreement.

SIU PRODUCTION 11204

g) Notices

Every notice given by one party hereto to the other pursuant to this Agreement shall be deemed properly given if it is in writing and either hand delivered or sent by registered or certified mail, return receipt requested, and addressed to:

> Chief Executive Officer
> SIU Physicians & Surgeons, Inc.
> 800 North Rutledge, Room D-252
> P.O. Box 19639
> Springfield, IL 62794-9639

and to the Member at Member's address as currently maintained in the records of SIU P&S.

h) Applicable Law

This Agreement shall be interpreted and enforced in accordance with the laws of the State of Illinois.

i) Physical Examinations

If requested by SIU P&S, Member will submit to a pre-employment physical examination conducted by a physician, or physicians, selected and paid by SIU P&S, and, in such event, he or she acknowledges that an examination, satisfactory in scope and conclusions to SIU P&S, is a condition precedent to his or her employment by SIU P&S under this Agreement. In addition, if so requested by SIU P&S at any time during the term of this Agreement, Member will voluntarily and periodically submit to physical examinations conducted by a physician, or physicians, selected and paid by SIU P&S. Any physical examination which is requested by SIU P&S under or pursuant to this Agreement may include, if SIU P&S so elects: (i) a mental health assessment and evaluation conducted by a psychiatrist, or psychiatrists, selected and paid by SIU P&S; and/or (ii) drug screening and testing.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the dates set forth below.

SIU PHYSICIANS & SURGEONS, INC.

By _____
(Signature)

Title _____ CEO _____

Date _4-3-08_

MEMBER

_____
(Signature)

Sajida Ahad, M.D.
(Typed Name)

Date _2/20/08_

SIU PRODUCTION 11205