UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SAJIDA AHAD, MD, on behalf of herself and all others similarly situated,<br>　　　　　　　Plaintiff,<br><br>v.<br><br>BOARD OF TRUSTEES OF SOUTHERN ILLINOIS UNIVERSITY and SIU PHYSICIANS & SURGEONS, INC.,<br><br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　No.　15-cv-03308-SEM-TSH<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A
REPLY MEMORANDUM IN SUPPORT OF PLAINITFF'S MOTION TO BAR
DEFENDANTS' RELIANCE ON UNDISCLOSED INFORMATION**

　　Dr. Sajida Ahad, by and through her counsel, requests leave to file a reply to Defendants' Response (Dkt. 52) to Plaintff's Motion to Bar Defendants' Reliance on Undisclosed Information and their Expert Report Based Thereon In Opposing Class Certification (Dkt. 48). In support of her motion, Plaintiff states as follows:

　　1.　　Plaintiff filed her Motion to Bar Defendants' Reliance on Undisclosed Information and their Expert Report Based Thereon In Opposing Class Certification (Dkt. 48) and Memorandum in support (Dkt. 49) on August 10, 2017.

　　2.　　Pursuant to an extension granted by the Court, Defendants filed their thirty-one (31) page Response to this Motion (Dkt. 52) on September 21, 2017.

　　3.　　In their Response, Defendants accuse Plaintif of making claims that are "misleading" and "demonstably false." (Dkt. 52, p. 2). Defendants also seek their fees and expenses for having to file their response to Plaintiff's motion. (Dkt. 52, p. 29).

1

4.	Per Local Rule 7.1(B)(3), Plaintiff respectfully requests leave to file a Reply Memorandum in support of her original motion.  Plaintiff's proposed reply memorandum (attached as **Exhibit 1**) responds to Defendants' new assertions and explains how Defendants' arguments and facts support Plaintiff's motion by establishing that Defendants failed to timely produce requested information.  Plaintiff believes this memorandum will assist the Court in understanding the issues and determining whether, as Defendant claims:  (1) Plaintiff made false or deliberately misleading arguments warranting imposition of fees; and (2) whether the information Defendants failed to timely produce was "attorney work product," as Defendants now claim.

5.	On September 20, 2017 Plaintiff's counsel emailed Defendants' counsel to ask if Defendants opposed Plaintiff submitting a reply.  To date, Defendants counsel has not responded.

WHEREFORE, Plaintiff prays that this Honorable Court grant her Motion permitting her leave to file her attached Reply in Support of her Motion to Bar Defendants' Reliance on Undisclosed Information and their Expert Report based Thereon in Opposing Class Certification.

>	Respectfully submitted for Plaintiff
>	Dr. Sajida Ahad, on behalf of herself and
>	all others similarly situated,
>
>	/s/ J. Bryan Wood
>	Attorney for Plaintiff

J. Bryan Wood (ARDC #6270845)
The Wood Law Office, LLC
303 W. Madison St., Suite 2650
Chicago, IL 60606
bryan@jbryanwoodlaw.com
restes@jbryanwoodlaw.com
Phone: (312) 554-8600
Fax: (312) 577-0749

**PROOF OF SERVICE**

The undersigned certifies that the foregoing Plaintiff's Motion For Leave to File a Reply to Defendants' Response to Plaintiff's Motion To Bar Defendants' Reliance Undisclosed Information and Their Expert Report Based Thereon In Opposing Class Certification was served upon the following counsel for Defendants in the above matter on October 2, 2017 by filing it via the Court's electronic case filing system.

Served upon:

Thomas Wilson
Jessica L. Galanos
HeplerBroom, LLC
4340 Acer Grove Drive, Suite A
Springfield, IL 62711
Thomas.wilson@heplerbroom.com
Jgalanos@heplerbroom.com
(217)528-3674

By: */s/* J. Bryan Wood