E-FILED
Wednesday, 18 April, 2018  04:55:14 PM
Clerk, U.S. District Court, ILCD

#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE CENTRAL DISTRICT OF ILLINOIS
#### SPRINGFIELD, ILLINOIS

| | |
|---|---|
| SAJIDA AHAD, M.D., on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiffs, | ) |
| v. | ) ) ) No.   15-cv-03308-SEM-TSH |
| BOARD OF TRUSTEES OF SOUTHERN ILLINOIS UNIVERSITY and SIU PHYSICIANS & SURGEONS, INC., | ) ) ) ) |
| Defendants. | ) |

### PLAINTIFFS' AGREED MOTION TO ADJUST THE
### COLLECTIVE ACTION DECERTIFICATION BRIEFING SCHEDULE

Plaintiffs Sajida Ahad, M.D., Jan Rakinic, M.D., Christina Vassileva, M.D., and Erica Rotondo, M.D., by and through their counsel, state the following in support of their agreed motion to adjust the collective action decertification briefing schedule:

1. On September 29, 2017, this Court granted Plaintiff's Motion for Conditional Certification of an Equal Pay Act Collective Action (Dkt. 53), recognizing in its Opinion that Defendants would have an opportunity to move to decertify the collective action at an appropriate time.

2. On January 18, 2018, Defendants filed a Status Report Regarding Collective Action Decertification Proceedings (Dkt. 80) in which Defendants submitted a proposed briefing schedule for the collective action decertification proceedings.

3. The Court approved and entered that schedule on January 19, 2018 (Dkt. 81), establishing the current briefing schedule as follows:

| | |
|---|---|
| Motion to Decertify the Collective Action to be filed | April 20, 2018 |
| Response by Plaintiff to the Motion to Decertify to be filed | May 18, 2018 |
| Reply by Defendants in support of the Motion to be filed | June 1, 2018 |

4.Both parties acknowledge the need to permit sufficient time to conduct discovery and obtain transcripts of depositions to be used in the collective action decertification proceedings, which Defendants consider crucial to the collective action decertification proceedings.

5.The parties were able to schedule and conduct the deposition of Opt-In Plaintiff Rotondo in California, but the parties require more time to conduct discovery regarding decertification issues.

6.At present, the parties cannot anticipate the amount of time necessary to complete discovery because, despite their efforts, the parties have been unable to schedule the depositions of opt-in Plaintiffs Dr. Vassileva in Boston and Dr. Rakinic in Springfield.

7.Accordingly, Plaintiffs respectfully request that the Court permit the parties to adjust the briefing schedule for Defendants' forthcoming Motion to Decertify the Collective Action and submit a proposed agreed schedule for entry by the Court on or before May 2, 2018.

8.Defendants' Counsel Thomas Wilson informed the undersigned counsel for Plaintiffs that Defendants agreed to the motion after reviewing it.

WHEREFORE, with agreement by Defendants, Plaintiffs respectfully request the Court strike the current briefing schedule for Defendants' motion for decertification of the collective action (Dkt. 81) and allow the parties to adjust it to permit discovery regarding decertification of the opt in Plaintiffs' Equal Pay Act claims and submit a proposed agreed briefing schedule for Defendants' motion on or before May 2, 2018.

Respectfully submitted,

/s/ J. Bryan Wood
One of Plaintiffs' Attorneys

2

J. Bryan Wood
Ryan O. Estes
The Wood Law Office, LLC
303 W. Madison St., Suite 2650
Chicago, IL 60606
Phone: (312) 554-8600
Fax: (312) 577-0749
bryan@jbryanwoodlaw.com
restes@jbryanwoodlaw.com

Michael Brown
DVG Law Partner LLC
4321 W. College Avenue, Suite 200
Appleton, Wisconsin 54914
mbrown@dvglawpartner.com
Phone: (920) 757-2488
Fax: (920) 273-6177

## CERTIFICATE OF SERVICE

On April 18, 2018, the undersigned served the attached Plaintiffs' Agreed Motion to Adjust Collective Action Decertification Briefing Schedule on all counsel of record by filing it via the Court's electronic case filing system.

/s/ J. Bryan Wood