E-FILED
Wednesday, 02 May, 2018  04:09:03 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, ILLINOIS

| | |
|---|---|
| SAJIDA AHAD, MD, on behalf of herself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Cause No. 15-cv-03308 |
| BOARD OF TRUSTEES OF ) SOUTHERN ILLINOIS UNIVERSITY ) SIU PHYSICIANS & SURGEONS, INC., ) d/b/a SIU HEALTHCARE ) ) | |
| Defendants. ) | |

## PROPOSED AGREED DECERTIFICATION DISCOVERY & BRIEFING SCHEDULE

Defendants, Board of Trustees of Southern Illinois University and SIU Physicians & Surgeons, Inc., by their attorneys, HeplerBroom, LLC, pursuant to this Court's docket entry of April 20, 2018, and with the agreement of Plaintiffs, submit the following proposed discovery & briefing schedule for collective action decertification proceedings:

**Background on Decertification Discovery**

1. Defendants' served Requests to Produce on the opt-in plaintiffs, Dr. Rotondo, Dr. Vassileva, and Dr. Rakinic, on February 15, 2018.

2. Plaintiffs returned Answers and Objections to the Requests to Produce, but not documents on March 26, 2018.

3. Plaintiffs returned documents related to Dr. Rotondo on March 30, 2018, and supplemental Dr. Rotondo documents on April 27, 2018.

4. The deposition of opt-in Plaintiff, Dr. Erica Rotondo, was held on April 4, 2018.

5. The deposition of opt-in Plaintiff, Dr. Vassileva, is scheduled for May 22, 2018.

6. The deposition of opt-in Plaintiff, Dr. Rakinic, is scheduled for May 30, 2018.

**Proposed Discovery Deadlines and Briefing Schedule**

7. To permit sufficient time to conduct the above discovery, obtain transcripts of the depositions, and prepare the motion for decertification and response, the parties agree to and propose the following schedule for completing discovery related to the opt-in plaintiffs and for briefing the motion for decertification of the collective action:

| | |
|---|---|
| Plaintiffs to complete production of documents by | May 15, 2018 |
| Motion to Decertify the Collective Action to be filed | June 15, 2018 |
| Response by Plaintiffs to the Motion to Decertify to be filed | July 20, 2018 |
| Reply by Defendants in support of the Motion to be filed | August 3, 2018 |

WHEREFORE, Defendants, with agreement of Plaintiffs, respectfully request the Court to enter the Proposed Discovery Deadlines and Briefing Schedule for the motion for decertification of the collective action.

Respectfully Submitted,
Board of Trustees of Southern Illinois University and SIU Physicians & Surgeons, Inc., d/b/a SIU Healthcare, Defendants

By: /s/Thomas H. Wilson

2

Thomas H. Wilson, #6202141
Jessica L. Galanos, #6297491
HeplerBroom, LLC
4340 Acer Grove Drive
Springfield, IL 62711
Ph:     217-528-3674
Fax:    217-528-3964
Email: thw@heplerbroom.com
        jlg@heplerbroom.com

## PROOF OF SERVICE

I hereby certify that on this 2nd day of May, 2018, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing(s) to all counsel of record.

Michael F. Brown
DVG LAW PARTNER LLC
P.O. Box 645
Neenah, WI 54957
Email: mbrown@dvglawpartner.com
*Attorney for the Plaintiff*

J. Bryan Wood
THE WOOD LAW OFFICE, LLC
303 W. Madison St.
Suite 2650
Chicago, IL 60606
E-mail: bryan@jbryanwoodlaw.com
*Attorney for the Plaintiff*

/s/Thomas H. Wilson

3