UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SAJIDA AHAD, MD, et al and all others similarly situated | ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) No.   15-cv-03308-SEM-TSH |
| BOARD OF TRUSTEES OF SOUTHERN ILLINOIS UNIVERSITY and SIU PHYSICIANS & SURGEONS, INC., | ) ) ) ) |
| Defendants. | ) ) |

## PLAINTIFFS' MOTIONS FOR SETTLEMENT CONFERENCE AND EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DECERTIFY EPA COLLECTIVE ACTION

Dr. Sajida Ahad, Dr. Jan Rakinic, Dr. Erica Rotondo, and Dr. Christina Vassileva, collectively "Plaintiffs," hereby move the Court, for the reasons described in the attached brief, respectfully request: (1) a settlement conference per Local Rule 16.1; and (2) an extension of the deadline for Plaintiffs' response to Defendants' Equal Pay Act ("EPA") decertification motion until 21 days after any settlement conference date established or, alternatively, 21 days after the Court's decision denying Plaintiff's request for a settlement conference.

Respectfully submitted this 6th day of July, 2018.

/s/ J. Bryan Wood

J. Bryan Wood (No. 6270845)
Ryan O. Estes
**The Wood Law Office, LLC**
303 West Madison, Ste. 2650
Chicago, Illinois 60606
Telephone: (312) 554-8600
Facsimile: (312) 577-0749
bryan@jbryanwoodlaw.com

Michael F. Brown (WI Bar No. 1041753)
**DVG Law Partner LLC**
P.O. Box 645
Neenah, WI 54957
Telephone: (920) 757-2488
Facsimile: (920) 273-6177
mbrown@dvglawpartner.com

## CERTIFICATE OF SERVICE

On July 6, 2018, the undersigned served the motion for stay and documentation attached thereto on all counsel of record by filing it via the Court's electronic case filing system.

/s/ J. Bryan Wood