## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| SAJIDA AHAD, MD, et al and all others similarly situated | ) ) ) |
| Plaintiffs, | ) |
| v. | ) ) No.   15-cv-03308-SEM-TSH |
| BOARD OF TRUSTEES OF SOUTHERN ILLINOIS UNIVERSITY and SIU PHYSICIANS & SURGEONS, INC., | ) ) ) ) |
| Defendants. | ) ) |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY INSTANTER

Dr. Sajida Ahad, Dr. Jan Rakinic, Dr. Erica Rotondo, and Dr. Christina Vassileva, collectively "Plaintiffs," hereby move the Court, for leave to file the attached reply brief *instanter* in support of their motions for a settlement conference and for an extension of time to respond to Defendants' motion for decertification (Dkt. 89).

Through their proposed reply, Plaintiffs propose alternative relief that accommodates concerns Defendants raise in their Response (Dkt. 91). Specifically, the proposed alternative relief accommodates the need for Defendants' settlement-stakeholders to address internal conflicts, while still ensuring the parties have sufficient time to prepare their remaining brief(s) on Defendants' motion for decertification and Defendants' concerns about wanting to review Plaintiffs' response to the decertification motion.

Accordingly, Plaintiffs respectfully request that the Court grant Plaintiffs leave to file their reply (attached as Exhibit A) *instanter*.

Respectfully submitted this 12th day of July, 2018.

/s/ J. Bryan Wood
One of Plaintiffs' Attorneys

J. Bryan Wood (No. 6270845)
Ryan O. Estes
**The Wood Law Office, LLC**
303 West Madison, Ste. 2650
Chicago, Illinois 60606
Telephone: (312) 554-8600
Facsimile: (312) 577-0749
bryan@jbryanwoodlaw.com

Michael F. Brown (WI Bar No. 1041753)
**DVG Law Partner LLC**
P.O. Box 645
Neenah, WI 54957
Telephone: (920) 757-2488
Facsimile: (920) 273-6177
mbrown@dvglawpartner.com

## CERTIFICATE OF SERVICE

On July 12, 2018, the undersigned served the attached motion and all exhibits thereto on all counsel of record by filing it via the Court's electronic case filing system.

/s/ J. Bryan Wood