E-FILED
Friday, 17 August, 2018 03:19:41 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, ILLINOIS

| | |
|---|---|
| SAJIDA AHAD, MD, on behalf of herself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Cause No. 15-cv-03308 |
| BOARD OF TRUSTEES OF SOUTHERN ILLINOIS UNIVERSITY SIU PHYSICIANS & SURGEONS, INC., d/b/a SIU HEALTHCARE ) ) ) ) ) ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO EXCLUDE
REPORTS AND TESTIMONY OF DAVID SHARP, PhD.**

NOW COME Defendants, Board of Trustees of Southern Illinois University and SIU Physicians & Surgeons, Inc., by their attorneys, HeplerBroom, LLC, and for their Motion to Exclude Reports and Testimony of David Sharp, PhD., state as follows:

1. Plaintiff, Dr. Ahad, and opt-in Plaintiffs, Drs. Rakinic, Vassileva, and Rotondo, rely upon the opinions of expert economist Dr. David Sharp in support of their claims of gender discrimination.

2. For the reasons set forth in Defendants' Memorandum of Law in Support of Motion to Exclude Reports and Testimony of David Sharp, PhD., which is incorporated by reference, the Court should exclude the reports, opinions, and testimony of Dr. Sharp

pursuant to Federal Rules of Evidence 701, 401, and/or 403 and the applicable law regarding regression analysis.

WHEREFORE, Defendants respectfully request that the Court enter an Order granting their Motion to Exclude Reports and Testimony of David Sharp, PhD., excluding and barring the reports, opinions, and testimony of Dr. Sharp, and granting such other and further relief in Defendants' favor as the Court deems proper.

        Respectfully Submitted,

        Board of Trustees of Southern Illinois University and SIU Physicians & Surgeons, Inc., d/b/a SIU Healthcare, Defendants

        By:  /s/ *Thomas H. Wilson*

Thomas H. Wilson, #6202141
Jessica L. Galanos, #6297491
HeplerBroom, LLC
4340 Acer Grove Drive
Springfield, IL 62711
Ph:    217-528-3674
Fax:   217-528-3964
thw@heplerbroom.com
jlg@heplerbroom.com

**PROOF OF SERVICE**

      I hereby certify that on August 17, 2018, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing(s) to all counsel of record.

| | |
|---|---|
| Michael F. Brown | J. Bryan Wood |
| DVG LAW PARTNER LLC | THE WOOD LAW OFFICE, LLC |
| P.O. Box 645 | 303 W. Madison St. |
| Neenah, WI 54957 | Suite 2650 |
| mbrown@dvglawpartner.com | Chicago, IL 60606 |
| *Attorney for the Plaintiff* | bryan@jbryanwoodlaw.com |
| | *Attorney for the Plaintiff* |

                                                     /s/Thomas H. Wilson