## SIU SCHOOL OF MEDICINE AND SIU HEALTHCARE
## PLAINTIFF CONSENT FORM


/J13609-Ahad

CAROL A BAUER

If any of the above information has changed, please update it below.

I hereby consent to make a claim under the Equal Pay Act, 29 U.S.C. § 206(d), to recover wages and other relief owed to me by my current/former employers, SIU School of Medicine, as it operates under the SIU Board of Trustees, and SIU Physicians & Surgeons, Inc. d/b/a SIU Healthcare. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling the matter.

_____    8.26.2018
Signature                  Date

Emergency Contact Name and Phone Number

**FAX, MAIL, or EMAIL to:**

J. Bryan Wood
The Wood Law Office, LLC
303 W. Madison St., Suite 2650
Chicago, IL 60606
Email: bryan@jbryanwoodlaw.com
Phone: (312) 554-8600
Fax: (312) 577-0749
Web: http://www.jbryanwoodlaw.com/