E-FILED
Tuesday, 04 September, 2018  02:08:10 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SAJIDA AHAD, MD, et al and all others similarly situated<br>　　　　　　　　Plaintiffs,<br>v.<br><br>BOARD OF TRUSTEES OF SOUTHERN ILLINOIS UNIVERSITY and SIU PHYSICIANS & SURGEONS, INC.,<br>　　　　　　　　Defendants. | No.   15-cv-03308-SEM-TSH |

**PLAINTIFFS' RENEWED MOTION FOR A SETTLEMENT CONFERENCE**

Plaintiffs, Dr. Sajida Ahad, Dr. Jan Rakinic, Dr. Erica Rotondo, Dr. Christina Vassileva and Dr. Carol Bauer ("Plaintiffs"), pursuant to the Court's Text Order dated July 13, 2018, hereby renew their motion for a settlement conference and, in support of their motion, state as follows:

1. On July 6, Plaintiffs Ahad, Rakinic, Rotondo and Vassileva moved for a settlement conference. (Dkt. 89). In general, Plaintiffs explained that given the procedural status of this case and other related litigation, the parties and their insurers should explore resolution (a subject which the parties had not meaningfully explored despite overtures from Plaintiffs).

2. Defendants opposed Plaintiffs' motion, explaining they needed Plaintiffs' response to Defendants' motion for decertification to evaluate resolution. Accordingly, the Court ordered Plaintiffs to respond and, through its Text Order dated July 13, 2018, permitted Plaintiffs to renew their motion for a settlement conference after August 31, 2018.

3. Since that text order, Plaintiffs responded to Defendants' motion for decertification (Dkt. 93) and Defendants submitted their reply (Dkt. 97). Additionally, Defendants moved to

1

strike Plaintiffs' expert Dr. Sharp (Dkt. 98) and Plaintiffs responded to Defendants' motion (Dkt. 100) – adding an additional issue ripe for decision by the Court. Amidst this briefing, another Opt-In Plaintiff joined the lawsuit; on August 31, Plaintiffs filed the consent of Opt-In Plaintiff Dr. Carol Bauer. (Dkt. 99).

4. Plaintiffs hereby renew their request that the Court order a settlement conference be conducted, with all necessary and interested parties required to attend in person or by phone.[1] Plaintiffs contend that exploring resolution now is appropriate for all the reasons stated in their initial motion (Dkt. 89), which Plaintiffs hereby incorporate.

5. Plaintiffs also believe Defendants are open to discussing resolution now. Plaintiffs informed Defendants (via email between counsel) that Plaintiffs planned to renew their motion and Defendants responded that they would join Plaintiffs' renewed motion if Plaintiffs agreed with certain proposed pre-conditions – one of which was that the settlement conference be conducted by Magistrate Judge Schanzle-Haskins (a condition Plaintiffs do not oppose).

6. Plaintiffs could not agree to all Defendants' pre-conditions to permit them to join Plaintiffs' request. For example, Defendants proposed requiring that all Plaintiffs agree to appear in person at the settlement conference. While Plaintiffs' counsel would prefer that occur, Plaintiffs do not want that logistical hurdle to delay or preclude discussions from commencing.[2]

---

[1] These necessary and interested parties include, as referenced in the motion briefing, the parties, their counsel and representatives with authority for "stakeholders" and insurers involved.

[2] Plaintiffs, all physicians, reside and practice in four different states (only two of five are currently employed by Defendants and reside near Springfield). Plaintiffs anticipate that Defendants' insurance representatives may also reside out-of-state and may benefit from the flexibility of allowing interested persons to participate telephonically or in-person.

7.	Plaintiffs' counsel fully understand Defendants' proposed pre-conditions and still desire to proceed with a settlement conference in light of them.  If the Court were to schedule a settlement conference with the interested parties allowed to participate in person or by phone, Plaintiffs believe such a conference would be meaningful and productive.  Defendants could communicate any pre-conditions for a resolution as part of their proposed terms for resolution and any terms of settlement could only be reached with their voluntary agreement.[3]

8.	To ensure the parties' discussions can commence quickly, if the Court's and Defendants' schedule permits, Plaintiffs respectfully request the settlement conference be scheduled in late September or early October.[4]  Alternatively, Plaintiffs request that the Court schedule a telephone conference on Plaintiffs' renewed motion for a settlement conference for purposes of determining whether it should conduct the settlement conference Plaintiffs' seek.

Respectfully submitted this 4th day of September, 2018.

/s/ J. Bryan Wood
One of Plaintiffs' Attorneys

---

[3] Plaintiffs know Defendants feel strongly about their positions, as do Plaintiffs.  But as the Court and all parties are aware, skilled mediators can help parties reconsider or evolve initial positions during negotiations – and help parties understand how terms that may seem undesirable have unrealized benefits (or, at least, are preferable to continued litigation).  These negotiation dynamics are common; given them, Plaintiffs prefer to begin settlement conferences without any preconditions except a willingness to engage in good-faith settlement discussions with the Magistrate's assistance.

[4] Plaintiffs' Counsel Brown has a class case scheduled for trial on the west coast for most of November; Plaintiffs' Counsel Wood must travel out-of-state for approximately three weeks beginning approximately October 22 to attend to a family medical matter.

J. Bryan Wood (No. 6270845)
Ryan O. Estes
**The Wood Law Office, LLC**
303 West Madison, Ste. 2650
Chicago, Illinois 60606
Telephone: (312) 554-8600
Facsimile: (312) 577-0749
bryan@jbryanwoodlaw.com

Michael F. Brown (WI Bar No. 1041753)
**DVG Law Partner LLC**
P.O. Box 645
Neenah, WI 54957
Telephone: (920) 757-2488
Facsimile: (920) 273-6177
mbrown@dvglawpartner.com

## CERTIFICATE OF SERVICE

On September 4, 2018, the undersigned served the notice of refiling of Plaintiffs' motion for a settlement conference on all counsel of record by filing it via the Court's electronic case filing system.

/s/ J. Bryan Wood