IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, ILLINOIS

| | |
|---|---|
| SAJIDA AHAD, MD, on behalf of herself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Cause No. 15-cv-03308 |
| BOARD OF TRUSTEES OF SOUTHERN ILLINOIS UNIVERSITY SIU PHYSICIANS & SURGEONS, INC., d/b/a SIU HEALTHCARE ) ) ) ) ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO DISMISS OPT-IN PLAINTIFF BAUER**

Defendants, the Board of Trustees of Southern Illinois University ("SIU-SOM") and SIU Physicians & Surgeons, Inc. d/b/a SIU Healthcare ("SIU-HC"), by and through their attorneys, HeplerBroom, LLC, state as follows for their Motion to Dismiss Opt-in Plaintiff Bauer:

1. On August 31, 2018, a Plaintiff Consent Form was filed by Dr. Carol Bauer (d/e 99).

2. As more fully explained in Defendants' Memorandum of Law in Support of Motion to Dismiss Opt-in Plaintiff Bauer, which is incorporated by reference, the Court should dismiss Dr. Bauer as a Plaintiff to this action because her Plaintiff Consent Form was not filed in a timely fashion and her addition at this juncture of the litigation would

prejudice Defendants and cause unnecessary delay whereas dismissal would not prejudice Bauer.

WHEREFORE, Defendants respectfully request that the Court enter an Order granting their Motion to Dismiss Opt-in Plaintiff Bauer, dismissing all claims by Dr. Carol A. Bauer without prejudice, and granting such other and further relief in Defendants' favor as the Court deems proper.

Respectfully Submitted,

Board of Trustees of Southern Illinois University and SIU Physicians & Surgeons, Inc., d/b/a SIU Healthcare, Defendants

By: /s/ *Thomas H. Wilson*

Thomas H. Wilson, #6202141
HeplerBroom, LLC
4340 Acer Grove Drive
Springfield, IL 62711
Ph:   217-528-3674
Fax:  217-528-3964
Email: thw@heplerbroom.com

**PROOF OF SERVICE**

      I hereby certify that on October 9, 2018, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing(s) to all counsel of record.

| | |
|---|---|
| Michael F. Brown<br>DVG LAW PARTNER LLC<br>P.O. Box 645<br>Neenah, WI 54957<br>Email: mbrown@dvglawpartner.com<br>*Attorney for the Plaintiff* | J. Bryan Wood<br>THE WOOD LAW OFFICE, LLC<br>303 W. Madison St.<br>Suite 2650<br>Chicago, IL 60606<br>E-mail: bryan@jbryanwoodlaw.com<br>*Attorney for the Plaintiff* |

          /s/ *Thomas H. Wilson*