UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, ILLINOIS

| | |
|---|---|
| SAJIDA AHAD, et al., on behalf of themselves and all others similarly situated,<br>        Plaintiffs,<br><br>v.<br><br>BOARD OF TRUSTEES OF SOUTHERN ILLINOIS UNIVERSITY and SIU PHYSICIANS & SURGEONS, INC., d/b/a SIU HEALTHCARE<br>        Defendants. | No.   15-cv-03308-SEM-TSH |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF DEADLINE
TO FILE RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
<u>OPT-IN PLAINTIFF DOCTOR CAROL BAUER</u>**

Plaintiffs, by and through their counsel, and without opposition by Defendants, respectfully submit this Motion to extend the filing deadlines to file Plaintiffs' response in opposition to Defendants' Motion to Dismiss Opt-in Plaintiff Bauer by 9 days until November 1. In support, Plaintiffs state as follows:

1. On October 9, 2018, Defendants filed their Motion to Dismiss Opt-in Plaintiff Bauer. Dkt. 106. Plaintiffs' response is due by October 23, 2018.

2. Due to Plaintiffs' counsel's various obligations in other matters, as well as Plaintiffs' counel's need to attend to a family medical issue, Plaintiffs respectfully request a 9-day extension, until November 1, 2018, in order to submit their response to Defendants' Motion to Dismiss.

3. Plaintiffs' counsel has numerous deadlines and obligations in other matters that will prevent Plaintiffs' counsel from preparing a response by October 23. These deadlines and

obligations include Rule 30(b)(6) depositions scheduled for October 16 and October 17 and discovery responses due in a different case on October 18.

4. Additionally, beginning October 23, 2018, Plaintiffs' lead counsel Bryan Wood will be traveling out of Illinois to attend to a family medical issue.

5. Defendants will not be prejudiced by the brief nine-day extension sought.

6. Pursuant to local rules, Plaintiffs' counsel contacted Defendants' counsel who indicated Defendants did not oppose the relief requested herein.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that the Court grant their request for a nine-day extension and set the deadline for their response in opposition to Defendants' Motion to Dismiss Opt-in Plaintiff Bauer to November 1, 2018.


Respectfully submitted,
**/s/ J. Bryan Wood**
Counsel for Plaintiffs

J. Bryan Wood
The Wood Law Office, LLC
303 W. Madison St., Suite 2650, Chicago, IL 60606
Phone: (312) 554-8600
Fax: (312) 577-0749
bryan@jbryanwoodlaw.com

Michael F. Brown
DVG Law Partner LLC
P.O. Box 645
Neenah, WI 54957
Phone: (920)757-2488
Fax: (920)273-6177
mbrown@dvglawpartner.com

**CERTIFICATE OF SERVICE**

  On October 16, 2018, the undersigned attorney served the attached *Plaintiffs' Unopposed Motion for Extension of Deadline to File Response in Opposition to Defendants' Motion to Dismiss Opt-in Plaintiff Bauer* on all counsel of record by filing it via the Court's electronic case filing system.

                  **/s/ J. Bryan Wood**